# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

**KYLE TOPPS, et al.,**

     **Plaintiffs,**

     **vs.**

**ECP OPTOMETRY
SERVICES LLC, et al.,**

     **Defendants.**

**Case No. 4:25-cv-01301-AGF**

**[PROPOSED] ORDER**

After a review of the Parties' Joint Motion for Approval of Settlement Under the Fair Labor Standards Act and the Settlement Agreement, the Court is satisfied that the settlement reached is "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act. *See* 29 U.S.C. § 216.

It is therefore this ___ day of _____, 2026 Ordered and Adjudged that the Parties' Joint Motion for Approval of Settlement Under the Fair Labor Standards Act is GRANTED and the Parties' settlement is APPROVED.

IT IS FURTHER ORDERED that this case be and is DISMISSED with Prejudice and without attorney fees or costs, except as expressly provided in the Settlement Agreement, and that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

 

_____
Hon. Audrey G. Fleissig
United States District Judge